**No. 60284.**—Ebeling & Reuss Company *v.* United States, protests 189505–K, 189506–K, and 206140–K (Philadelphia).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures the same in all material respects as those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 60285.**—Amtorg Trading Corp. *v.* United States, protest 257910–K (New York).

Opinion by JOHNSON, J. It was stipulated that the facts and issues herein are similar to those involved in *United States* v. *Browne Vintners & Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351); that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer; that the inspector reported "34 bales manifested not found"; that, on liquidation of the entry, no duty was assessed on 17 of the 34 bales; and that duty was assessed on the remaining 17 bales. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon any of the merchandise which was reported by the inspector as manifested, but not found, including the 17 bales of tobacco upon which duty was assessed. The protest was sustained to this extent.